# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                            )
AMERICAN CIVIL LIBERTIES UNION,             )
                                            )
AMERICAN CIVIL LIBERTIES UNION              )
   FOUNDATION,                )
                                            )
       Plaintiffs,   )
                                            )
      v.          )    Civil Action No. 08-00437 (RCL)
                                            )
DEPARTMENT OF DEFENSE,                      )
                                            )
CENTRAL INTELLIGENCE AGENCY,                )
                                            )
       Defendants.   )
_____)


## <u>ORDER</u>

For the reasons set forth in the accompanying memorandum opinion, it is hereby

ORDERED that defendants' Motion [21] for Summary Judgment is GRANTED.

Judgment is hereby entered dismissing this case with prejudice.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, on October 16, 2009.